Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-790**

**Effective Date of Registration:**
March 05, 2025

**Registration Decision Date:**
May 08, 2025

## Title

**Title of Work:** Distant Manger

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 11, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Finlay William John McGilp
  **Pseudonym:** Heather Rivers
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Finlay William John McGilp
Ailsa View, Shore Road, Strone, Dunoon, Argyll, Scotland, PA23 8TB, United Kingdom

## Rights and Permissions

**Organization Name:** Portfolio Select Limited
**Name:** David Seddon
**Email:** david@portfolioselect.com
**Telephone:** +447960475308
**Address:** 31 Pembridge Road
Bovingdon, Herts HP3 0QN United States

## Certification



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-451-141**
**Effective Date of Registration:**
March 05, 2025
**Registration Decision Date:**
July 03, 2025

## Title

**Title of Work:** Christmas Sparkle

## Completion/Publication

**Year of Completion:** 1996
**Date of 1st Publication:** January 22, 1996
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Finlay William John McGilp
  **Pseudonym:** Heather Rivers
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Finlay William John McGilp
Ailsa View, Shore Road, Strone, Dunoon, Argyll, Scotland, PA23 8TB, United Kingdom

## Rights and Permissions

**Organization Name:** Portfolio Select Limited
**Name:** David Seddon
**Email:** david@portfolioselect.com
**Telephone:** +447960475308
**Address:** 31 Pembridge Road
Bovingdon, Herts HP3 0QN United States

## Certification



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-444-793**

**Effective Date of Registration:**
March 05, 2025
**Registration Decision Date:**
May 08, 2025

## Title

**Title of Work:** A Winter Hush

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 15, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Finlay William John McGilp
  **Pseudonym:** Heather Rivers
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Finlay William John McGilp
Ailsa View, Shore Road, Strone, Dunoon, Argyll, Scotland, PA23 8TB, United Kingdom

## Rights and Permissions

**Organization Name:** Portfolio Select Limited
**Name:** David Seddon
**Email:** david@portfolioselect.com
**Telephone:** +447960475308
**Address:** 31 Pembridge Road
Bovingdon, Herts HP3 0QN United States

## Certification

